```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 32975
   LESLIE I MORAN
   ALAM D MORAN                                CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-2199     SSN XXX-XX-7057

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/07/2004 and was confirmed 12/01/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.26%.

    The case was paid in full 10/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
AT & T WIRELESS            UNSECURED      NOT FILED           .00          .00
A/R CONCEPTS               UNSECURED      NOT FILED           .00          .00
ADVANCE TILL PAYDAY        UNSECURED      NOT FILED           .00          .00
ASSOCIATED RADIOLOGISTS    UNSECURED      NOT FILED           .00          .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED           .00          .00
BALLYS TOTAL FITNESS       NOTICE ONLY    NOT FILED           .00          .00
FINANCIAL CREDIT CORP      UNSECURED OTH   1284.43            .00       324.07
BLOCKBUSTER VIDEO          UNSECURED      NOT FILED           .00          .00
BLOCKBUSTER VIDEO          NOTICE ONLY    NOT FILED           .00          .00
CHICAGO TRIBUNE            UNSECURED      NOT FILED           .00          .00
CITY OF CHICAGO PARKING    UNSECURED OTH    200.00            .00        50.46
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED           .00          .00
CITY OF CHICAGO            NOTICE ONLY    NOT FILED           .00          .00
CITY OF CHICAGO PARKING    NOTICE ONLY    NOT FILED           .00          .00
CORUS BANK                 UNSECURED      NOT FILED           .00          .00
CREDIT UNION 1             UNSECURED      NOT FILED           .00          .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED           .00          .00
DIAGNOSTIC RADIOLOGY SPE   UNSECURED      NOT FILED           .00          .00
GROILER ENTERPRISES        UNSECURED      NOT FILED           .00          .00
JOSE GALVEZ MD             UNSECURED      NOT FILED           .00          .00
JOSE GALVEZ MD             UNSECURED      NOT FILED           .00          .00
PARKSIDE LUTHERAN HOSP     UNSECURED      NOT FILED           .00          .00
LUTHERAN GENERAL HOSPITA   NOTICE ONLY    NOT FILED           .00          .00
LUTHERAN GENERAL HOSPITA   NOTICE ONLY    NOT FILED           .00          .00
PARKSIDE LUTHERAN HOSP     UNSECURED      NOT FILED           .00          .00
LUTHERAN GENERAL HOSPITA   NOTICE ONLY    NOT FILED           .00          .00
PARKSIDE LUTHERAN HOSP     UNSECURED      NOT FILED           .00          .00
LUTHERAN GENERAL HOSPITA   NOTICE ONLY    NOT FILED           .00          .00
PARKSIDE LUTHERAN HOSP     UNSECURED      NOT FILED           .00          .00
MUNOZ MD & CVENGOS MD      UNSECURED      NOT FILED           .00          .00
OVERLAND BOND & INVESTME   UNSECURED OTH  11061.51            .00      2794.14
OVERLAND BOND & INVESTME   NOTICE ONLY    NOT FILED           .00          .00
```

```
PARK RIDGE ANESTHESIOLOG  UNSECURED      NOT FILED              .00              .00
PARK RIDGE ANESTHESIOLOG  NOTICE ONLY    NOT FILED              .00              .00
PROVIDIAN FINANCIAL       UNSECURED      NOT FILED              .00              .00
PROVIDIAN FINANCIAL       NOTICE ONLY    NOT FILED              .00              .00
RITMO Y PASION            UNSECURED      NOT FILED              .00              .00
RITMO Y PASION            NOTICE ONLY    NOT FILED              .00              .00
SILKIES                   UNSECURED      NOT FILED              .00              .00
SMITHKLINE BEECHAM        UNSECURED      NOT FILED              .00              .00
SMITHKLINE BEECHAM        NOTICE ONLY    NOT FILED              .00              .00
SPRINT PCS                UNSECURED      NOT FILED              .00              .00
SWEDISH COVENANT HOSPITA  UNSECURED      NOT FILED              .00              .00
SWEDISH COVENANT HOSPITA  NOTICE ONLY    NOT FILED              .00              .00
TCF NATIONAL BANK         UNSECURED      NOT FILED              .00              .00
VERITY INTERNATIONAL      UNSECURED      NOT FILED              .00              .00
TIMOTHY K LIOU            REIMBURSEMENT    14.40                .00            14.40
TIMOTHY K LIOU            DEBTOR ATTY   2,700.00                            2,700.00
TOM VAUGHN                TRUSTEE                                             344.93
DEBTOR REFUND             REFUND                                              259.50


        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 6,487.50

PRIORITY                                        14.40
SECURED                                           .00
UNSECURED                                     3,168.67
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            344.93
DEBTOR REFUND                                   259.50
                        --------------       --------------
TOTALS                  6,487.50              6,487.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/28/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 04 B 32975 LESLIE I MORAN & ALAM D MORAN